## In the United States District Court for Northern District of Illinois

**KESHIA CURRY, individually and on behalf of all others similarly situated,**

    Plaintiff,

vs.

**MY DAILY CHOICE, INC.; and DOES 1 through 20, inclusive, and each of them,**

    Defendant

**Case No.:**
**1:23-cv-04061**

**AFFIDAVIT OF SERVICE**

On **7/6/2023** at **1:25pm** AM / PM, I **Dawn Calhoun** being over the age of 18 and not a party in the above captioned manner served the within **Summons in a Civil Case, Class Action Complaint and Civil Cover Sheet** on **My Daily Choice, Inc.**, .

Said service was effected at **c/o: Nevada Business Center, LLC (registered agent) 701 S Carson St., Ste 200, Carson City, NV 89701** in the following manner:

☑ **Registered Agent:** By leaving a copy of the Summons in a Civil Case, Class Action Complaint and Civil Cover Sheet with

**Ana Gomes, Intake Specialist**, the registered agent of My Daily Choice, Inc. .

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Case, Class Action Complaint and Civil Cover Sheet with:

_____, _____, who is an officer or agent of My Daily Choice, Inc. .

☐ **Other:** By leaving a copy of the Summons in a Civil Case, Class Action Complaint and Civil Cover Sheet with:

_____, _____.

**Addl Comments:** _____

Description of person process was left with:

Sex: **Female**  Race: **Caucasian**  Approx. Age: **20's**  Height: **5'10"**  Weight: **200lbs**

State of Nevada, County of **Carson City**
Signed and sworn to before me on
this **7th** day of **July**, 20 **23**.

XXXty By: Dawn Calhoun

*Linda Gilbertson*
Notary Public

X **Dawn Calhoun** (signature)
**Dawn Calhoun, #2602**
(Print Name)

Date: **7/7/23**

LINDA GILBERTSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 08-6390-3
MY APPT. EXPIRES MARCH 2, 2024

*776811*